UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-03837 SJO (SKx) | Date | October 25, 2018 |
| Title | Seoul Semiconductor Co., Ltd, et al v. Bed Bath and Beyond, Inc. | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stacey Hsiang Chun Wang<br>Vito Anthony Costanzo<br>Michael Bradley Eisenberg | Brian D. Ledahl<br>Ghazly Iman |

**Proceedings:** SCHEDULING CONFERENCE

Matter called.

Each side presents their respective tutorial.

The Court sets the following schedule:

| | |
|---|---|
| Preliminary Infringement Contentions: | 11/9/2018 |
| Preliminary Invalidity Contentions: | 1/11/2019 |
| Exchange Proposed Terms for Construction: | 1/25/2019 |
| Exchange Damages Contentions: | 3/2/2019 |
| Joint Claim Construction Statement: | 3/12/2019 |
| Claim Construction Discovery Cutoff: | 4/11/2019 |
| Claim Construction Opening: | 4/26/2019 |
| Claim Construction Opposition: | 5/10/2019 |
| Claim Constriction Reply: | 5/17/2019 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-03837 SJO (SKx) | Date | October 25, 2018 |
|---|---|---|---|
| Title | Seoul Semiconductor Co., Ltd, et al v. Bed Bath and Beyond, Inc. | | |

| | |
|---|---|
| Claim Construction HearingL | 6/6/2019 @ 2:00 p.m. |
| Final Contentions: | 14 days after Claim Construction ruling |
| Last Day to Produce Documents or Serve Written Discovery Requests: | 6/26/2019 |
| Fact Discovery Cutoff: | 7/26/2019 |
| Initial Expert Reports: | 8/23/2019 |
| Rebuttal Expert Reports: | 9/20/2019 |
| Expert Discovery Cutoff: | 10/19/2019 |
| Dispositive Motion Cutoff: | 10/25/2019 |
| Pretrial Conference: | Monday, January 13, 2020 @ 9:00 a.m. |
| Jury Trial: | Tuesday, January 21, 2020 @ 9:00 a.m. |

cc:   ADR Coordinator

|  | : | 0/59 |
|---|---|---|
| | Initials of Preparer | vpc |