# EXHIBIT 11



# Electronics

## A Survey of Electrical Engineering Principles

**FOURTH EDITION**

Robert L. Boylestad

Louis Nashelsky

EXHIBIT 11 PAGE 74   SSC_BBB-000003776

# Electronics

## *A Survey of Electrical Engineering Principles*

**Fourth Edition**

Robert Boylestad
Louis Nashelsky



Prentice Hall
Columbus, Ohio

Englewood Cliffs, New Jersey

EXHIBIT 11 PAGE 75   SSC_BBB-000003777

**Library of Congress Cataloging-in-Publication Data**

Boylestad, Robert L.
    Electronics: a survey of electrical engineering principles
   Robert Boylestad, Louis Nashelsky. -- 4th ed.
     p.    cm.
   Includes index.
   ISBN 0-13-375312-3
   1. Electric engineering.   2. Electronics  I. Nashelsky, Louis.
II. Title.
TK146.B79  1996                      95-42168
621.3--dc20                           CIP

Cover photo: © Cheuvront Photography
Editor: Charles E. Stewart, Jr.
Production Editor: Rex Davidson
Production Coordination: bookworks
Cover Designer: Brian Deep
Production Manager: Patricia A. Tonneman
Marketing Manager: Debbie Yarnell
Illustrations: Network Graphics

This book was set in Times Roman by The Clarinda Company and was printed and bound
by R.R. Donnelley & Sons Company. The cover was printed by Phoenix Color Corp.



© 1996 by Prentice-Hall, Inc.
A Simon & Schuster Company
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from
the publisher.

Third edition, entitled *Electronics: A Survey,* © 1989 by Prentice-Hall, Inc.

Earlier editions, entitled *Electricity,*
*Electronics, and Electromagnetics:*
*Principles and Applications,* © 1983, 1977
by Prentice-Hall, Inc.

PSpice® is a registered trademark of MicroSim Corporation.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

ISBN 0-13-375312-3

Prentice Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S. A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

EXHIBIT 11 PAGE 76   SSC_BBB-000003778

The peak-inverse-voltage (PIV) rating of the diode is of primary importance in the design of rectification systems. Recall that it is voltage rating that must not be exceeded in the reverse-bias region or the diode will enter the Zener avalanche region. The required PIV rating for the half-wave rectifier can be determined from Fig. 7.32, which displays the reverse-biased diode in Fig. 7.26 with maximum applied voltage. Applying Kirchhoff's voltage law, it is fairly obvious that the PIV rating of the diode must equal or exceed the peak value of the applied voltage. Therefore,

$$\text{PIV rating} = V_m \qquad (7.2)$$

half-wave rectifier



**FIG. 7.32**
*Determining the required PIV rating for the half-wave rectifier.*

## 7.6  FULL-WAVE RECTIFICATION

The dc level obtained from a sinusoidal input can be improved 100% using a process called *full-wave rectification.* The most familiar network for performing such a function appears in Fig. 7.33 with its four diodes in a



**FIG. 7.33**
*Full-wave bridge rectifier.*

*bridge* configuration. During the period $t = 0$ to $T/2$ the polarity of the input is as shown in Fig. 7.34. The resulting polarities across the ideal diodes are also shown in Fig. 7.34 to reveal that $D_2$ and $D_3$ are conducting while $D_1$ and $D_4$ are in the *off* state. The net result is the configuration in Fig. 7.35 with its indicated current and polarity across $R$. Since the diodes are ideal, the load voltage $v_o = v_i$, as shown in the same figure.



**FIG. 7.34**
*Network in Fig. 7.33 for the period $0 \to T/2$ of the input voltage $V_i$.*



**FIG. 7.35**

EXHIBIT 11 PAGE 77  SSC_BBB-000003779

For the negative region of the input the conducting diodes are $D_1$ and $D_4$, resulting in the configuration in Fig. 7.36. The important result is that the polarity across the load resistor $R$ is the same as in Fig. 7.34, establishing a second positive pulse, as shown in Fig. 7.36. Over one full cycle the input and output voltages appear as shown in Fig. 7.37.



**FIG. 7.36**





**FIG. 7.37**

Since the area above the axis for one full cycle is now twice that obtained for a half-wave system, the dc level has also been doubled and

$$\text{average (dc value)} = 0.636\ V_m \qquad (7.3)$$

The required PIV of each diode (ideal) can be determined from Fig. 7.38 obtained at the peak of the positive region of the input signal. For the indicated loop the maximum voltage across $R$ is $V_m$ and

$$\text{PIV} = V_m \qquad (7.4)$$

full-wave bridge rectifier



**FIG. 7.38**

**EXAMPLE 7.8** Determine the output waveform for the network in Fig. 7.39 and calculate the output dc level and the required PIV of each diode.



**FIG. 7.39**

***Solution:*** The network will appear as shown in Fig. 7.40 for the positive region of the input voltage. Redrawing the network will result in the

EXHIBIT 11 PAGE 78 SSC_BBB-000003780



**FIG. 7.40**

configuration in Fig. 7.41, where $v_o = \frac{1}{2} v_i$ or $V_{o(max)} = \frac{1}{2}V_{i(max)} = \frac{1}{2}(10\text{ V}) = 5\text{ V}$, as shown in Fig. 7.41. For the negative part of the input the roles of the diodes will be interchanged and $v_o$ will appear as shown in Fig. 7.42.

The effect of removing two diodes from the bridge configuration is therefore to reduce the available dc level to

$$V_{dc} = 0.636(5\text{ V}) = \textbf{3.18 V}$$

or that available from a half-wave rectifier with the same input. However, the PIV as determined from Fig. 7.38 is equal to the maximum voltage across $R$, which is 5 V or half of that required for a half-wave rectifier with the same input.



**FIG. 7.41**



**FIG. 7.42**

## 7.7   CLIPPERS

There are a variety of diode networks called *clippers* that have the ability to "clip" off a portion of the input signal without distorting the remaining part of the alternating waveform. The half-wave rectifier described in Section 7.5 is an example of the simplest form of diode clipper—one resistor and one diode. Depending on the orientation of the diode the positive or negative region of the input signal is clipped off.

There are two general categories of clippers: series and parallel. The series configuration is defined as one where the diode is in series with the load, while the parallel variety has the diode in a branch parallel to the load.

The response of the series configuration in Fig. 7.43(a) to a variety of alternating waveforms is provided in Fig. 7.43(b). Although first introduced as a half-wave rectifier (for sinusoidal waveforms), there are no boundaries on the type of signals that can be applied to a clipper.

The addition of a dc supply such as shown in Fig. 7.44 can have a pronounced effect on the output of a clipper as clearly revealed by the review table in Fig. 7.58.

There is no set procedure for analyzing networks like the one in Fig. 7.44, but there are a few thoughts to keep in mind as you work toward a solution.

1. *Make a mental sketch of the response of the network based on the direction of the diode and the applied voltage levels.* For the network in Fig. 7.44, the direction of the diode suggests that the signal $v_i$ must be positive to turn it on. The dc supply further requires that the voltage $v_i$ be greater than $E$ volts to turn the diode on.

EXHIBIT 11 PAGE 79   SSC_BBB-000003781